UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICKY BOECKMANN,

              Plaintiff,        22-cv-2427 (JGK)

   - against -           ORDER

METRO-NORTH COMMUTER RAILROAD,
              Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 10, 2022.

SO ORDERED.
Dated:   New York, New York
        May 31, 2022

                                      John G. Koeltl
                               United States District Judge