UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

RICKY BOECKMANN,

                Plaintiff,        22-cv-2427 (JGK)

      - against -              ORDER

METRO-NORTH COMMUTER RAILROAD,
                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 29, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          June 23, 2022

                                        John G. Koeltl
                                United States District Judge