```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

RICKY BOECKMANN,

                Plaintiff,

    - against -

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

22-cv-2427 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status report by **July 7, 2023.**

SO ORDERED.

Dated:    New York, New York
           June 27, 2023

                                          _____
                                            John G. Koeltl
                                          **United States District Judge**