UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKY BOECKMANN,                                22-cv-2427 (JGK)

           Plaintiff,                   ORDER

- against -

METRO-NORTH COMMUTER RAILROAD,

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court is in receipt of the parties' joint letter reporting that mediation was unsuccessful and requesting dates for pretrial motions and trial. ECF No. 19. The parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by __7/28/23__. Responses and objections are due by __8/18/23__.

    The parties should be ready for trial, with 48 hours' notice, by __9/8/23__.

SO ORDERED.

Dated:    New York, New York
           July 10, 2023

                                          John G. Koeltl
                                   United States District Judge