420 Lexington Avenue
New York, NY 10170
www.mta.info

Catherine A. Rinaldi
President

 **Metro-North Railroad**

July 12, 2023

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Via ECF

*In view of the scheduling order (ECF No. 20), the July 25, 2023, conference is cancelled.*

*So ordered.*
*JGKoeltl*
*U.S.D.J.*
*7/12/23*

   *Re:*   **Boeckmann v. Metro North Railroad Company**
            **21 Civ. 2427 (JGK)**

Dear Judge Koeltl:

We represent the defendant in the above-captioned matter. A telephonic Pretrial Conference is set for July 25, 2023 at 2:30 PM and trial submissions are due by July 28, 2023. Unfortunately, I am traveling on a scheduled vacation on the afternoon of the 25th and will be unable to appear at that time. Therefore, Defendant respectfully requests that the Court reschedule the Pretrial Conference. Plaintiff consents to this request. Both parties are available on the afternoon of the following day, July 26, 2023. The parties are also available on the afternoons of July 31, and August 1, 2023.

Thank you for consideration of this request.

Susan Sarch, General Counsel
Metro-North Commuter Railroad

By: _____
       Andrew Muccigrosso
Attorneys for Defendant
420 Lexington Avenue, 11th Floor
New York, New York 10170
(212) 340-2538
Email: amuccig@lirr.org